No. 20-50654

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

RUTH HUGHS,
in her official capacity as the Texas Secretary of State,

*Defendant–Appellant,*

v.

LINDA JANN LEWIS, MADISON LEE, ELLEN SWEETS, BENNY ALEXANDER, GEORGE MORGAN, VOTO LATINO, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, AND TEXAS ALLIANCE FOR RETIRED AMERICANS,

*Plaintiffs–Appellees,*

On Appeal from the United States District Court
for the Western District of Texas
Civil Action No. 5:20-cv-00577

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLEES' ANSWERING BRIEF

| | |
|---|---|
| Skyler M. Howton | Marc E. Elias |
| PERKINS COIE LLP | Aria C. Branch |
| 500 North Akard St., Ste. 3300 | Stephanie Command |
| Dallas, TX 75201-3347 | PERKINS COIE LLP |
| Telephone: (214) 965-7700 | 700 Thirteenth St. NW, Ste. 800 |
| Facsimile: (214) 965-7799 | Washington, D.C. 20005-3960 |

Kevin J. Hamilton
William B. Stafford*
PERKINS COIE LLP
1201 Third Ave., Ste. 4900
Seattle, WA 98101-3099

Gillian Kuhlmann
PERKINS COIE LLP
1888 Century Park East, Ste. 1700
Century City, CA 90067

Sarah Schirack
PERKINS COIE LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99517

*Counsel for Appellees*
*\*5th Cir. Admission Pending*

**UNOPPOSED FIRST MOTION FOR LEVEL ONE EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellees file this unopposed motion for a level one 29-day extension of time to file Appellees' Brief. In support thereof, Appellees assert as follows:

1. Appellees' Brief is currently due January 11, 2021. If the requested extension is granted, Appellees' Brief would instead be due on February 9, 2021.

2. This is Appellees' first request for an extension of time.

3. Appellees have conferred with counsel for Appellant, who indicated that they do not oppose this motion.

4. Appellant previously moved for and was granted a 29-day extension of time to file her opening brief. Appellees did not oppose Appellant's extension request.

5. This extension is necessary because Appellees' counsel is also serving as counsel in multiple cases before this Court and others with deadlines falling around the same time as Appellees' brief in this case. Specifically, counsel for Appellees was and is responsible for:

    a. Drafting Appellees' Brief in *Texas Democratic Party v. Hughs*, No. 20-50683 (5th Cir.), to be filed in this Court on January 13, 2021.

-1-

150663734.1

b. Drafting an opposition to a 15-page motion to strike filed in this Court on December 22, 2020 in *Texas Democratic Party v. Hughs*, No. 20-50667 (5th Cir.).

c. Drafting a reply brief filed in this Court on December 28, 2020 in support of a motion to vacate a motions panel order in *Straty v. Hughs*, No. 20-50867 (5th Cir.).

d. Reviewing the record to prepare for drafting Appellees' Brief in *Texas Alliance for Retired Americans v. Hughs*, No. 20-40643 (5th Cir.), after the opening brief is submitted to this Court on January 11, 2021.

e. Reviewing the record to prepare for drafting Intervenor-Appellees' Brief in *Hotze v. Hollins*, No. 20-20574 (5th Cir.), after the opening brief is submitted to this Court on January 12, 2021.

f. Reviewing the record to prepare for drafting Appellees' Brief in *The New Georgia Project v. Raffensperger*, No. 20-13360 (11th Cir.), after the opening brief is submitted to the U.S. Court of Appeals for the Eleventh Circuit on January 7, 2021.

g. Drafting Appellee's Brief in *Leonard v. Boeing*, No. 20-35844 (9th Cir.), to be filed in the U.S. Court of Appeals for the Ninth Circuit on January 29, 2021.

6. Additionally, Appellees' counsel is also serving as counsel in on-going post-election litigation across the country. Those cases, or substantially similar cases, are likely to continue until, or near the current deadline for Appellees' Brief, with the possibility of additional emergent filings, briefings, and other advocacy over the next several weeks.

7. The requested extension of time is necessary to provide counsel with adequate time to review the record and provide the Court with a thorough answering brief.

8. The extension is sought in the interests of justice, not for delay, and no party will be prejudiced if the extension is granted.

## CONCLUSION

For the reasons above, Appellees respectfully request that the Court grant their unopposed motion for a 29-day extension of time to file Appellees' Brief from January 11, 2021, to and including February 9, 2021.

DATED: January 4, 2021

                                        */s/ Skyler M. Howton*
                                        _____

Skyler M. Howton,
PERKINS COIE LLP
500 North Akard St., Ste. 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799

Marc E. Elias
Aria C. Branch
Stephanie Command
PERKINS COIE LLP
700 Thirteenth St. NW, Ste. 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6338
Facsimile: (202) 654-9996

Kevin J. Hamilton
William B. Stafford*
PERKINS COIE LLP
1201 Third Ave., Ste. 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile:    (206) 359-9000

Gillian Kuhlmann
PERKINS COIE LLP
1888 Century Park East, Ste. 1700
Century City, CA 90067
Telephone: (310) 788-3245
Facsimile: (310) 788-3399

Sarah Schirack
PERKINS COIE LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99517
Telephone: (907) 263.6990
Facsimile: (907) 263.6490

-4-

-5-

*Counsel for Plaintiffs-Appellees*
*\*5th Cir. Admission Pending*

## CERTIFICATE OF CONFERENCE

On January 1, 2021, counsel for Appellees conferred by e-mail with counsel for Appellant, who advised that Appellant does not oppose the requested extension.

*/s/ Skyler Howton*
Skyler Howton

## CERTIFICATE OF SERVICE

I certify that this document follows Federal Rules of Appellate Procedure 32(g)(1) and 27(d)(2)(A) because it contains 520 words and was prepared in Microsoft Word using 14-point Century Schoolbook typeface.

*/s/ Skyler Howton*
Skyler Howton

## CERTIFICATE OF SERVICE

On January 4, 2021 this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) no privacy redactions were required under Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned and is free of viruses.

*/s/ Skyler Howton*
Skyler Howton

*Counsel for Plaintiffs-Appellees*
