No. 20-50654

# In the United States Court of Appeals for the Fifth Circuit

Linda Jann Lewis, Madison Lee, Ellen Sweets, Benny Alexander, George Morgan, Voto Latino, Texas State Conference of the National Association for the Advancement of Colored People; Texas Alliance for Retired Americans,

*Plaintiffs-Appellees*,

*v.*

Ruth Hughs, in her official capacity as Texas Secretary of State,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Judd E. Stone II
Solicitor General

Matthew H. Frederick
Deputy Solicitor General
Matthew.Frederick@oag.texas.gov

Counsel for Defendant-Appellant

## Unopposed Motion for Extension of Time to File Appellant's Reply Brief

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendant-Appellant Ruth R. Hughs, in her official capacity as Texas Secretary of State, files this unopposed motion for a 14-day extension of time to file her Appellant's Reply Brief, to and including March 16, 2021. This is Appellant's first request for an extension of time to file her Reply Brief. In support thereof, Appellant respectfully shows the Court as follows:

1. Appellant's Reply Brief is currently due on March 2, 2021. Appellant seeks a 14-day extension of time, to and including March 16, 2021, in which to file her Appellant's Reply Brief. This is Appellant's first request for an extension of time to file her Reply Brief.

2. Counsel for Appellant have conferred with counsel for Appellees and have been informed that Appellees do not oppose the granting of this motion.

3. This extension is necessary because Appellant's counsel in this proceeding are also serving as counsel in multiple cases with deadlines falling around the same time as the Appellant's Reply Brief in this case. Specifically, counsel for Appellant were and are responsible for the following:

(A) preparing for oral argument in *In re Facebook, Inc.*, No. 20-0434, argued in the Texas Supreme Court on February 24, 2021;

(B) assisting in preparation for oral argument in *Jim Olive Photography v. University of Houston*, No. 19-0605, argued in the Texas Supreme Court on February 25, 2021;

(C) drafting the brief of Texas and other States as amici curiae in *Shinn v. Martinez Ramirez*, No. 20-1009, to be filed in the United States Supreme Court on February 26, 2021; and

(D) drafting the reply brief in *Texas Alliance of Retired Americans v. Hughs*, No. 20-40643, to be filed in the Fifth Circuit on March 3, 2021.

4. The requested extension is also necessary because of disruptions caused by the unprecedented winter storm that led to this Court's Order of February 18, 2021, General Docket No. 2021-4. In addition to the closure of the Office of the Attorney General from February 16 to February 19, the effects of the storm caused Fort Bend County, Harris County, and Travis County Clerk Dana Debeauvoir to file their brief of amici curiae out of time (without opposition) on February 23, 2021.

5. The requested extension of time is necessary to provide counsel with adequate time to review the Appellees' Brief and the brief of Amici Curiae and provide the Court with a thorough Reply Brief.

6. The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

## Conclusion

For the foregoing reasons, Appellant respectfully requests that the Court grant her unopposed motion for a 14-day extension of time to file her Appellant's Reply Brief, from March 2, 2021, to and including March 16, 2021.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Judd E. Stone II
Solicitor General

/s/ Matthew H. Frederick
Matthew H. Frederick
Deputy Solicitor General
Matthew.Frederick@oag.texas.gov

Counsel for Defendant-Appellant

### Certificate of Conference

On February 25, 2021, undersigned counsel conferred by e-mail with counsel for Appellees, who advised that Appellees do not oppose the requested extension.

/s/ Matthew H. Frederick
Matthew H. Frederick

### Certificate of Compliance

I certify that this document complies with Federal Rules of Appellate Procedure 32(g)(1) and 27(d)(2)(A) because it contains 474 words and was prepared in Microsoft Word using 14-point Equity typeface.

/s/ Matthew H. Frederick
Matthew H. Frederick

### Certificate of Service

On February 25, 2021, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Matthew H. Frederick
Matthew H. Frederick