# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 25, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-50654    Lewis v. Hughs
                USDC No. 5:20-CV-577

The court has granted an extension of time to and including March 16, 2021 for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

Ms. Aria Branch
Ms. Jeannette Clack
Stephanie Command
Mr. Todd Lawrence Disher
Mr. Marc Erik Elias
Mr. Matthew Hamilton Frederick
Mr. Kevin J. Hamilton
Ms. Skyler Howton
Ms. Gillian Kuhlmann
Mr. Justin Carl Pfeiffer
Ms. Sarah Schirack
Mr. Patrick K. Sweeten
Mr. William Thomas Thompson