# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 16, 2022
Lyle W. Cayce
Clerk

No. 20-50654
Summary Calendar

---

Linda Jann Lewis; Madison Lee; Ellen Sweets; Benny Alexander; George Morgan; Voto Latino; Texas State Conference of the National Association for the Advancement of Colored People; Texas Alliance for Retired Americans,

*Plaintiffs—Appellees*,

*versus*

John Scott, *in his official capacity as Texas Secretary of State*,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-577

---

Before Higginbotham, Willett, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

No. 20-50654

District Court for further proceedings in accordance with the opinion of this Court.

　　IT IS FURTHER ORDERED that appellees pay to appellant the costs on appeal to be taxed by the Clerk of this Court.


Patrick E. Higginbotham, *Circuit Judge*, dissenting.